PER CURIAM.     •

(No. 75-CC-864—

CURTIN MATHESON SCIENTIFIC INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF AGRICULTURE, Respondent.

*Opinion filed April 9, 1975.*

CURTIN MATHESON SCIENTIFIC INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.